# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Rumaldo Mister MANZANARES aka "Little Mister"<br><br>*Defendant(s)* | )<br>)<br>)  Case No. **CR 25-70320-MAG**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 11, 2025  in the county of  Santa Cruz  in the
 Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) | Distribution of 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, when the use of such substance results in serious bodily injury or death.<br><br>PENALTIES:<br>Mandatory imprisonment of 20 years to life; maximum $5 million fine; not less than 4 years of supervised release; mandatory $100 special assessment fee |

This criminal complaint is based on these facts:

See attached affidavit of DEA SA Curtis Ames.

☑ Continued on the attached sheet.

Approved as to form  /s/
                     AUSA  Jeff Nedrow

/s/ Curtis Ames/SvK w/permission
*Complainant's signature*

DEA SA Curtis Ames
*Printed name and title*

Sworn to before me by telephone.

Date:  03/18/2025

*Judge's signature*

City and state:  San Jose, California    Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Curtis J. Ames, a Special Agent of the Drug Enforcement Administration, having been duly sworn, state as follows:

## INTRODUCTION

1.  I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Rumaldo Mister MANZANARES, a/k/a "Little Mister," with one count of violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi), which criminalizes the intentional distribution of 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ]), a federally controlled substance, when the use of such substance results in serious bodily injury or death. As supported by this affidavit, MANZANARES distributed approximately 100 grams of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ]) on or about January 11, 2025, the use of which resulted in the death of Victim-1, in Santa Cruz County, California, within the Northern District of California.

## SOURCES OF INFORMATION

2.  The facts in this affidavit come from my direct observations, my training and experience, information from records and databases, and information obtained from other law enforcement agents, officers, and other witnesses. Where statements made by other individuals (including other special agents and law enforcement officers) are referenced in this affidavit, such statements are described in sum and substance and in relevant part, unless otherwise indicated. Similarly, where information contained in reports and other documents or records is

referenced in this affidavit, such information is also described in sum and substance and in relevant part, unless otherwise indicated.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint and an arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth facts that I believe are sufficient to establish probable cause for a criminal complaint and an arrest warrant. My understanding of the facts and circumstances in this matter may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am currently employed by the United States Department of Justice, Drug Enforcement Administration ("DEA"), as a Special Agent ("SA"). I have been employed by the DEA since December 2022. I am currently assigned to the San Jose Resident Office (San Francisco Field Division) – Enforcement Group 1. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

5. Prior to becoming a Special Agent with DEA, I worked as a Police Officer in Massachusetts for the Town of Shrewsbury, for approximately three years. During my time with the Shrewsbury Police Department, I was personally involved in dozens of investigations of and arrests for unlawful possession and use of, possession with intent to distribute, trafficking of, and distribution of controlled substances.

6. Once becoming a DEA SA, I successfully completed a sixteen-week DEA Basic Agent Training Academy at the DEA Academy in Quantico, Virginia. This training provided instruction in the investigation of federal drug trafficking violations, including several hundred

hours of comprehensive and formalized instruction in basic narcotics trafficking investigations, drug identification, drug detection, drug interdiction, federal narcotics laws, financial investigations and money laundering, identification and seizure of drug-related assets, undercover operations, and electronic and physical surveillance procedures.

7. I have also received on-the-job training through my participation in numerous drug trafficking investigations and through my work with other experienced federal, state, and local law enforcement agents and officers. During my employment as a DEA SA, I have participated in many controlled substance investigations either as a case agent or in a supporting role. I have debriefed confidential sources and witnesses who had personal knowledge regarding drug trafficking organizations. In addition, I have discussed with numerous law enforcement investigators and confidential sources the methods and practices used by drug traffickers. I have also participated in many other aspects of drug investigations including, but not limited to, telephone toll analysis, records research, investigative interviews, and electronic and physical surveillance. I have assisted in court-ordered wiretap investigations and supported the execution of numerous federal and state search and arrest warrants related to illegal activities involving controlled substances. Many of these investigations resulted in the arrest of suspects and the seizure of controlled substances and related items.

8. Through my training, education, experience, and conversations with other agents and officers who conduct drug investigations, I have become familiar with drug traffickers' methods of operation, including but not limited to, the manufacturing, distribution, importation, storage, safeguarding, and transportation of controlled substances, and the methods used by drug traffickers to collect, transport, safeguard, remit, and/or launder drug proceeds. Similarly, I have become familiar with drug traffickers' use of mobile telephones, and their use of code words to

conduct their business.

9.  I have also become familiar with the distribution of narcotics, including fentanyl, in the area of Santa Cruz County. Through my work with the Santa Cruz County Sheriff's Office ("SCCSO") Fentanyl Crisis Response Team ("FCRT"), I have learned that trafficking and distribution of fentanyl fueled a dramatic increase in overdose fatalities over the last years. *See* https://shf.santacruzcountyca.gov/SheriffHome/Transparency/MedicalExaminerDataPortal/OverdoseDeaths.aspx (last accessed March 16, 2025).

10. Fentanyl is a potent synthetic opioid drug approved by the Food and Drug Administration for use as a pain reliever and anesthetic. It is around 100 times more potent than morphine and about 50 times more potent than heroin, and it is a major contributor to fatal and nonfatal overdoses in the U.S. According to the Centers for Disease Control and Prevention, most recent overdoses related to fentanyl are associated with illegally-made fentanyl (as opposed to pharmaceutical fentanyl), which is frequently combined with other drugs due to its potency – making the resulting substance stronger and more dangerous. In fact, in September 2021, the DEA issued its first Public Safety Alert in six years to warn of the alarming increase in the availability and lethality of fake prescription pills containing fentanyl in the U.S. Among other methods of ingestion, fentanyl can also be injected, snorted, or smoked. I know that fentanyl is a Schedule II controlled substance.

**STATEMENT OF PROBABLE CAUSE**

11. In the early morning hours of January 12, 2025, law enforcement officers employed by the Capitola Police Department ("CPD") were dispatched to a report of a person not breathing at the Central Fire District Station 4 at 405 Capitola Avenue, Capitola, California, within the Northern District of California. CPD was dispatched to the scene at approximately

0142 hours. Victim-1 ("V1") was located on the floor of a bedroom at the fire station and was immediately pronounced deceased at 0149 hours. At the scene, CPD found a zip-lock baggie containing approximately 65 blue pills with "M30" markings in V1's left hand. CPD also recovered a larger zip-lock bag containing approximately 870 pills with similar coloring and markings on the floor next to V1.

12. V1's recovered belongings included three cell phones, one of which was a blue Apple iPhone resting on top of V1's sleeping bag on a bed in the bedroom. The blue Apple iPhone included "selfies" of V1 and other indicators that it was used by V1, and this cell phone will be referred to herein as "V1's Phone." On V1's Phone, law enforcement recovered several text message threads that appear to be related to V1 seeking and arranging to purchase narcotics prior to his death, as described further below.

13. Law enforcement officers with SCCSO partnered with CPD to conduct interviews with two firefighters ("Fire Fighter-1" and "Fire Fighter-2") present at the fire station during the evening hours of January 11, and early morning hours of January 12, 2025.

14. Fire Fighter-1 ("FF1") stated that the fire team, to include V1 and another firefighter ("Fire Fighter-2" or "FF2"), had a fire alarm call at approximately 1746 hours, on January 11, 2025. After this call, at around 1830 hours, FF1, FF2, and V1 had dinner at the fire station. After dinner, while FF1 and FF2 watched TV, V1 briefly left the fire station to attempt to get into his personal truck since he had locked himself out of it. FF1 said V1 went into his bedroom at approximately 2000-2100 hours. FF1 observed this seemed earlier than usual, and that it was out of the ordinary for V1 not to shower before bed. FF1 also found it unusual that, when FF1 went to bed at approximately 2230 hours, he noticed that V1's bedroom light was still on. At approximately 0135 hours, on January 12, 2025, the fire station received a call for service.

FF1 and FF2 got into the fire engine and waited for V1 to join them. After several minutes, FF1 exited the fire engine to go wake up V1. After knocking loudly several times with no response, FF1 opened the door to V1's bedroom. FF1 reported that he found V1 unresponsive, with his feet on the floor and upper body bent over the bed. FF1 and FF2 attempted to render medical aid but were unsuccessful. FF1 said rigor mortis had already set in.

15. FF2 stated that, on January 11, 2025, the fire team had several calls. The last call was at 1746 hours. The fire team had dinner together, and V1 went to his bedroom while FF1 and FF2 were watching TV. At approximately 2100 hours, V1 walked past FF1 and FF2 (watching TV) toward the side exit/driveway of the fire station. He re-entered the fire station a short time later and proceeded to his room. FF1 said that, on January 12, 2025, at approximately 0135 hours, a call for service was received. V1 did not respond, and FF1 went to check on V1. FF2 responded a short time later and saw V1 lying face down on a bed with his feet still on the floor. FF1 and FF2 moved V1 to the ground, and FF2 noticed that V1 was displaying signs of rigor mortis.

16. A subsequently issued toxicology report prepared by a forensic toxicologist employed by NMS Labs indicated the presence of 29 ng/mL of fentanyl in V1's femoral blood. The SCCSO coroner's report, issued by a forensic pathologist, determined that the cause of V1's death was acute fentanyl toxicity. The report notes: "In fatalities from fentanyl, blood concentrations are variable and have been reported as low as 3 ng/mL." The report further summarizes information indicating that V1 had struggled with opioid addiction following an on-the-job injury V1 suffered years earlier.

17. Additionally, the coroner's report provides that two pills with a discernible "M" were located in V1's larynx. The pills in V1's larynx, and the 935 pills recovered from the fire

station bedroom, were sent to the DEA Western Laboratory and tested positive for fentanyl with a net weight of over 100 grams of a mixture and substance containing fentanyl.

### *Text Messages with MANZANARES on January 10 and 11, 2025*

18. A search of V1's Phone revealed text messages between V1's Phone and the phone assigned telephone number (XXX) XXX-2467 (x2467). As provided above, the user of V1's Phone is believed to be V1. Based on evidence described below, the user of the x2467 phone is believed to be MANZANARES.

19. Text messages exchanged between V1 and MANZANARES show a pattern of narcotics transactions between December 19, 2024, and January 11, 2025. For example, on December 19, 2024, MANZANARES suggested to V1 that V1 purchase a "full boat" for "2000" or $2,000. Based on my training and experience, I believe that the term "boat" in this context refers to 1,000 counterfeit M30 pills containing fentanyl. MANZANARES told V1 that he "only got 2 left they goin fast." On this date, after some back-and-forth, MANZANARES and V1 agreed to a transaction involving a lesser number of pills – a "roll" or 100 pills – the next day (December 20, 2024) at 9:00AM. A text message of "here" on December 20, 2024, at approximately 0903 hours corroborates this meeting. Another example is on January 9, 2025, V1 arranged to purchase a "roll" of "blue birds" from MANZANARES. Based on my training and experience, and the context of these communications, I believe these words were used in reference to the blue color of counterfeit M30 pills containing fentanyl. In these exchanges, V1 also complained about the quality of the narcotics purchased from MANZANARES and having received a lesser number of pills than purchased.

20. Moreover, text messages exchanged between V1 and MANZANARES on January 10 and 11, 2025, show that MANZANARES distributed pills to V1 shortly before his

death. On January 10, 2025, at approximately 1016 hours, V1 sent a text message to MANZANARES letting him know that "these" (prior pills distributed to V1) were "bunk" (defective). MANZANARES offered to replace the pills that night. They also discussed V1 purchasing a "solid boat" (1,000 pills) from MANZANARES. MANZANARES texted V1 that he (MANZANARES) would be picking up "good ones" that night and would be back in the morning. Then, he would "have a solid one guaranteed." V1's responses show that, as a user, he was likely going through withdrawals and insisted that he needed "something tonight," saying "whatever that takes to do even a roll" (100 pills). MANZANARES told V1 that he (MANZANARES) had to "make the drive tonight to re up" and that the pills V1 wanted were in "LA."  Based on my training and experience, and knowledge of this investigation, I believe MANZANARES was telling V1 that MANZANARES needed to drive to Los Angeles for a resupply of counterfeit M30 pills containing fentanyl. Then, MANZANARES and V1 discussed a price of "2gs" ($2,000) for a "boat" (1,000 pills), and V1 acquiesced to meeting MANZANARES that next morning after his trip to Los Angeles.

21.     On January 11, 2025, at approximately 0908 hours, V1 reached out to MANZANARES for his status. MANZANARES reported back at various intervals that he would not return until later that night due to the traffic caused by the Los Angeles fires. MANZANARES offered to bring the drugs to V1's "work," or the fire station in Capitola, which is corroborated by directions provided to MANZANARES by V1 and reference to the police department nearby. The remainder of their text conversation shows that MANZANARES traveled from Los Angeles to San Jose, then to Capitola to meet V1 where his personal vehicle was parked by the fire station:

8

| V1's Phone | 407 Riverview Ave Capitola ca 95010<br>I'll be there or dough will be<br>U get it? Its right behind where u came last time just more discrete |
|---|---|
| x2467 | 8:25 my eta |
| V1's Phone | Ok |
| x2467 | There's a crash backed me up lil bit<br>Just got on 17 rn<br>28 mins away |
| V1's Phone | Bro u said u were coming from LA, im about over it |
| x2467 | I had to make stop in San Jose bro<br>I'm 25 mins away<br>I'm already on 17<br>I'm almost here |
| V1's Phone | Yup we will see ok I'll wait another 25 for my 1000 |
| x2467 | Relax<br>Almost there bro |
| V1's Phone | Ok |
| x2467 | 5 mins |
| V1's Phone | Coo , U wanna go front or what I said ? |
| x2467 | Front like last time |
| V1's Phone | K see u in few |
| x2467 | Or wherever ur car is at<br>Ima jump in your car |
| V1's Phone | Oh it's up against wall u cant |
| x2467 | Ok just be outside 4 mins |
| V1's Phone | Ok |
| x2467 | I'm at 402 Riverview |
| V1's Phone | K |

22.     The Central Fire District Station 4 in Capitola is a short walk to 402 Riverview Drive. The response from V1 of "K" at approximately 2044 hours on January 11th was the last outgoing text message sent on V1's Phone.

23.     While V1 appears to have communicated with another phone number to arrange the purchase of M30 pills as recently as December 2024, the individual associated with this phone number has been ruled out as the supplier of the pills that killed V1. The results of a state

9

search warrant for the physical location of that phone number indicates that its corresponding device was not in or near Capitola on January 11, 2025. Further, based on the substance of messages on V1's Phone, I believe that the user of this phone took V1's money and did not provide V1 with his purchased narcotics in December 2024, and did not respond to V1's text messages after that time.

24. Based on the above, I believe that MANZANARES, the user of x2467, supplied counterfeit M30 pills containing fentanyl to V1, and that V1's use of these pills resulted in V1's overdose death. I have also obtained information indicating that the user of x2467 — believed to be MANZANARES — was involved in the suspected overdose death of Victim-2 ("V2") in Mountain View, California days later. V2's cell phone showed messages sent and received on January 22, 2025, on the messaging application Signal to an account utilizing x2467. These messages appear to arrange for the purchase of approximately 50 "blues" (suspected counterfeit M30 pills) for $350.00. Later that same day, January 22, 2025, V2 was found deceased. I believe, based on my training and experience, conversation with other agents and investigators, and the facts conveyed to me by Mountain View Police Department, that MANZANARES was involved in a narcotics transaction that resulted in the overdose death of V2 about 10 days after the overdose death of V1.

### *Further Investigation and Identification of MANZANARES*

25. License plate readers showed that a gray 2024 Hyundai Elantra registered with the California Department of Motor Vehicles to MANZANARES at an address on Willow Mar Drive in San Jose (the "Elantra") was in the Los Angeles area during the morning hours of January 11, 2025. Later the same day, around 1932 hours, the Elantra was captured in the Gilroy area. Then, at approximately 2009 hours, the Elantra was captured in the San Jose area. On

January 11, 2025, at approximately 2111 hours, the Elantra was captured in the city of Capitola. In fact, a Ring Doorbell camera recorded a vehicle generally fitting the description of the Elantra near 402 Riverview Drive at approximately 2048 hours. This route of travel is consistent with the above-provided text messages between V1 and x2467.

26. Additionally, the subscriber for x2467 is documented in a San Jose Police Department report (GO #SJ 2024-241970581) as the mother of two of MANZANARES's children. This report is associated with the subsequent arrest of MANZANARES for Inflicting Corporal Injury on Spouse/ Cohabitant (Santa Clara County Sheriff's Office report #24524084). During the booking process associated with the aforementioned Santa Clara County Sheriff's Office arrest, MANZANARES provided the x2467 number during the booking process. Plus, results of a state search warrant for the physical location of x2467 has aligned with law enforcement surveillance of MANZANARES on multiple occasions.

27. Further, MANZANARES was previously encountered by law enforcement with M30 pills. More specifically, in July 2023, MANZANARES brandished a firearm at several people with whom he was in a parking lot dispute. MANZANARES was also found to have been in possession of blue pills and approximately $2,320 cash. On December 11, 2024, MANZANARES pled to California Penal Code 245(a)(2), Assault with a Firearm, and California Health and Safety Code 11351, Possession of Controlled Substances for Sale, both felonies.

//

//

//

//

11

## CONCLUSION

28. Based on the facts and circumstances above, there is probable cause to believe that MANZANARES violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi), for intentionally distributing 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-Phenyl-N-[1-(2- phenylethyl) -4-piperidinyl] propenamide), on or about January 11, 2025, and the use of such substance resulted in the death of Victim-1 (Count One). Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for MANZANARES's arrest.

/s/ Curtis Ames/SvK w/permission
Curtis J. Ames
Special Agent
Drug Enforcement Administration

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 18th day of March 2025.

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge