| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 9 mins | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Susie Barrera | | LIBERTY RECORDING:<br>1:08-1:17pm | |
| MAGISTRATE JUDGE<br>Susan van Keulen | | DATE<br>March 20, 2025 | | NEW CASE ☒ | CASE NUMBER<br>25cr70320-MAG |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Rumaldo Mister Manzanares | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Sophia Whiting | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Jeff Nedrow | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Yaneyla Arellano | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>on Complaint | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT  criminal history onlu | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>3/27/2025 | ☐ ATTY APPT HRG / ID COUNSEL | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>1:00 pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS<br>re;Detention and sealed docket |
| BEFORE HON.<br>Judge van Keulen | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. DISPO HEARING |

**ADDITIONAL PROCEEDINGS**

Proceedings held publicly. The Court grants the parties' request for the criminal case to remain sealed. Parties to address sealing at the next hearing.

DOCUMENT NUMBER: