PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    Jeff.Nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUMALDO MISTER MANZANARES, <br><br> Defendant. | CR NO.: CR 25-70320-MAG <br><br> MOTION TO SEAL: MOTION TO UNSEAL DOCKET, CRIMINAL COMPLAINT, AND ARREST WARRANT |

The United States respectfully moves this Court to temporarily seal the motion to unseal the docket, criminal complaint, and arrest warrant in this case. As grounds, the United States represents that sealing of these materials is appropriate because the docket is still under seal by order of the Court. An order sealing these materials is therefore appropriate until such time as the Court may consider and grant the government's motion to unseal the overall docket, criminal complaint, and arrest warrant.

Dated: March 26, 2025            Respectfully submitted,

                                              PATRICK D. ROBBINS
                                              Acting United States Attorney
                                              _____/s/_____
                                              JEFFREY D. NEDROW
                                              Assistant United States Attorney