PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 S. Market Street
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    Email: jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO.: 25-70320-MAG |
| Plaintiff, | DECLARATION OF JEFFREY D. NEDROW RE: MOTION TO SEAL GOVERNMENT'S MOTION TO UNSEAL DOCKET, COMPLAINT, AND ARREST WARRANT |
| v. | |
| RUMALDO MISTER MANZANARES, | |
| Defendant. | |

I, Jeffrey D. Nedrow, hereby declare:

1. I am an Assistant United States Attorney in the Northern District of California assigned to the prosecution of the above-captioned matter.

2. I am requesting authorization to file the government's motion to unseal the docket, criminal complaint, and arrest warrant under seal at this time.

3. The reason that I am making this request is that the docket for CR 25-70320-MAG is currently sealed by order of the Court.  The government's submission of the motion to be unseal the docket, complaint, and arrest warrant should therefore be filed under seal until the Court has ruled on the

MOTION TO SEAL

1  government's request to unseal the docket, complaint, and arrest warrant.

2      4. For these reasons, the government respectfully requests an order permitting the filing of the

3  government's motion to unseal the docket, complaint, and arrest warrant under seal.

4      I declare under penalty of perjury that the foregoing is true and correct.

5    Dated: March 26, 2025                 Respectfully submitted,

6                                          PATRICK D. ROBBINS
                                        Acting United States Attorney

7

8                                          _____/s/_____
                                        JEFFREY D. NEDROW

9                                          Assistant United States Attorney

MOTION TO SEAL